[No. 46597-3-II.  Division Two.  March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE WISNER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01260-7, Dennis P. Maher, J. Pro Tem., entered August 14, 2014. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Lee, J.

[No. 46711-9-II.  Division Two.  March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE ACKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-1-00203-4, Erik S. Rohrer, J., entered October 2, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46774-7-II.  Division Two.  March 1, 2016.]

D. NORMAN FERGUSON ET AL. *Appellants*, v. ALLEN MCKENZIE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-01252-4, Leila Mills, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Sutton, J.; Bjorgen, A.C.J., dissenting.

[No. 46865-4-II.  Division Two.  March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ASBACH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00580-0, Carol Murphy, J., entered November 4, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Melnick and Sutton, JJ.